IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHANON S. RILEY,**

      **Plaintiff,**

v.     No. _____

**HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,**

      **Defendant.**

## NOTICE OF SERVICE THROUGH ELECTRONIC MAIL

Plaintiff Shanon S. Riley, by and through her counsel of record, Kennedy, Hernandez & Harrison, P.C., respectfully submits this Notice of Service through Electronic Mail, informing the Court that Plaintiff has served copies of Plaintiff's Complaint for Injunctive Relief and Damages under 42 U.S.C. § 1983 for Civil Rights Violations (filed January 14, 2025) and Plaintiff's Motion for Preliminary Injunction (filed January 14, 2025) upon the following individuals:

Heather Jordan
Director
New Mexico Workers' Compensation Administration
2410 Centre Avenue SE
Albuquerque, NM 87106
(505) 841-6007
heather.jordan@wca.nm.gov

Raul Torrez
Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 222-1089
rtorrez@nmdoj.gov

Jeannette Chavez
Director
Risk Management Division
1100 St. Francis Drive
Santa Fe, NM 87502
jeannette.chavez@gsd.nm.gov

   Given the urgent nature of this matter, Plaintiff wishes to provide early notice of this action to the relevant parties while Plaintiff effectuates service through the usual channels. Plaintiff is working diligently to serve the parties above in accordance with the provisions of Federal Rule of Civil Procedure 4(e) and any other relevant state or federal procedural rules governing service of process.

               Respectfully submitted,

               KENNEDY, HERNANDEZ & HARRISON, P.C.

               */s/ Jeffrey D. Vescovi*
               Jessica M. Hernandez
               Paul J. Kennedy
               Elizabeth A. Harrison
               Jeffrey D. Vescovi
               201 Twelfth Street Northwest
               Albuquerque, New Mexico 87102
               (505) 842-8662

               *Attorneys for Plaintiff*