


# State of New Mexico

Michelle Lujan Grisham
*Governor*

February 6, 2025

Shanon Riley
5305 Canada Vista Pl NW
Albuquerque, NM 87120

Dear Ms. Riley:

This letter is to notify you that effective February 15, 2025, you are hereby reinstated into your position as a Workers Compensation Judge with the NM Workers Compensation Administration.

Your rate of pay will be $194,597.23.

As an at-will exempt employee, you will serve at the pleasure of the Office of the Governor.

This is also your notification that effective immediately upon your reinstatement, you are placed on paid administrative leave pursuant to the recently filed State Personnel Board Complaint dated February 4, 2025. During this time that you are on paid administrative leave you are not to represent yourself to any person as a representative of the NM Workers Compensation Administration (NMWCA) or to perform any job duties on behalf of the NMWCA. You are not to gain access to any NMWCA computer, electronic mail account or office facility without my express permission. You are not to access the PeopleSoft-SHARE system. You are not to contact any member of the NMWCA staff, other than Cathy Farrell, while you are on paid administrative leave.

☐   I accept the reinstatement at the offered salary stated above:
   _____

☐   I decline the position reinstatement offered to me at the WCA.

Date: _____

Sincerely,

*Heather Jordan* (signature)

Heather Jordan
Executive Director