IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHANON S. RILEY,**

        **Plaintiff,**

v.                            No. 1:25-cv-00044-KWR-KK

**HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,**

        **Defendant.**

## NOTICE OF SUPPLEMENTAL EXHIBIT

    Plaintiff Shanon S. Riley, by and through her counsel of record, Kennedy, Hernandez & Harrison, P.C., respectfully submits this Notice of Supplemental Exhibit in support of Plaintiff's Response in Opposition to Defendant's Partial Motion to Dismiss without Prejudice and Stay Pending the Administrative Proceedings (Doc. 12), filed February 19, 2025 ("Response").

    In arguing that her claims were neither moot nor barred by *Younger*[1] abstention and that Defendant's Motion to Dismiss should be denied, Plaintiff's Response noted that she had filed a motion to dismiss the pending complaint before the State Personnel Board (the "Board") on February 17, 2025. Response, at 4. Plaintiff's motion argued that the Board should dismiss the complaint filed by the Workers' Compensation Administration ("WCA") for lack of subject matter jurisdiction. *Id.* On March 4, 2025, the Board granted Plaintiff's motion and filed an Order of Dismissal, attached hereto as Exhibit 1, dismissing the WCA's complaint for lack of jurisdiction. Accordingly, Plaintiff submits Exhibit 1 for the Court's consideration and in further support of her Response.

---

[1] *Younger v. Harris*, 401 U.S. 37 (1971).

Respectfully submitted,

KENNEDY, HERNANDEZ & HARRISON, P.C.

*/s/ Jeffrey D. Vescovi*
Jessica M. Hernandez
Paul J. Kennedy
Elizabeth A. Harrison
Jeffrey D. Vescovi
201 Twelfth Street Northwest
Albuquerque, New Mexico 87102
(505) 842-8662

*Attorneys for Plaintiff*

I hereby certify that a true copy of the foregoing was served electronically on March 4, 2025, through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Jeffrey D. Vescovi*
Jeffrey D. Vescovi

2