BEFORE THE NEW MEXICO PESONNEL BOARD

**FILED**

MAR 0 4 2025

NM STATE PERSONNEL BOARD

IN THE MATTER OF
THE HON. SHANON RILEY,

Docket No. 25-008-WC
Judge Haught

## ORDER OF DISMISSAL

**THIS MATTER COMES BEFORE** the New Mexico State Personnel Board (Board) stemming from Shanon Riley's *Motion to Dismiss Complaint Filed Against Shanon S. Riley* (*Motion*), filed on February 17, 2025.

As grounds for this *Order of Dismissal*, the undersigned Administrative Law Judge **FINDS:**

1. On February 4, 2025, the Workers' Compensation Administration filed a complaint against Shanon Riley (Complaint), pursuant to NMSA 1978, §52-5-2(C).

2. Ms. Riley served as a Workers' Compensation Judge, appointed to that position, pursuant to NMSA 1978, §52-5-2(B).

3. Ms. Riley was terminated from the position of Workers' Compensation Judge on November 13, 2024. *See Riley v. NMWCA*; Docket No. 24-041.

4. NMSA 1978, §52-5-2(C) provides that "[a]ny complaints against a workers' compensation judge shall be filed with the state personnel board…"

5. On February 4, 2025, the date the Workers' Compensation Administration filed the Complaint, Ms. Riley was no longer a Workers' Compensation Judge.

**EXHIBIT 1**

6. Due to the fact that Ms. Riley was not a Workers' Compensation Judge on February 4, 2025, the Board lacks jurisdiction to hear the Complaint.

7. The *Motion* is well taken.

**IT IS THEREFORE ORDERED** that the Complaint filed against Shanon Riley is **DIMISSED FOR LACK OF JURISDICTION**.

                                                                                          _____
                                                                                          K. Janelle Haught
                                                                                          Administrative Law Judge

Entered: March 4, 2025