# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHANNON S. RILEY,

      Plaintiff,

vs.                                         No. 1:25-cv-00044-KWR-KK

HEATHER JORDAN *in her individual
and official capacities as the
Director of the New Mexico Workers'
Compensation Administration*,

      Defendant.

## ORDER DIRECTING PARTIES TO SUPPLEMENT RECORD

THIS MATTER comes before the Court based on Plaintiff's Motion for Preliminary Injunction and the associated briefing (**doc. 2; doc. 8, doc. 10**), and Defendant's Partial Motion to Dismiss Without Prejudice and Motion to Stay Pending Administrative Proceedings and the associated briefing (**doc. 7; doc. 12; doc. 15**). The parties have filed related motions that in part rely on two exhibits: Defendant's initial offer to Plaintiff for reinstatement, **doc. 7-1**, and Defendant's updated offer to Plaintiff for reinstatement, **doc. 15, exh. C**. It is in the record that Plaintiff has rejected Defendant's initial offer, but the Court has no evidence indicating whether Plaintiff has accepted or rejected Defendant's new offer, which bears directly on the merits of both parties' motions.

**IT IS THEREFORE ORDERED** that the parties shall supplement the record with evidence as to whether Plaintiff has accepted or rejected Defendant's new offer of reinstatement. The parties shall do so within thirty (30) days of the entry of this order.

                                              /S/
                                        KEA W. RIGGS
                                        UNITED STATES DISTRICT JUDGE