

# State of New Mexico

Michelle Lujan Grisham
*Governor*

February 26, 2025

Shanon Riley
5305 Canada Vista Pl NW
Albuquerque, NM 87120

Dear Ms. Riley:

This letter is to notify you that effective February 15, 2025, you are hereby reinstated into your position as a Workers Compensation Judge with the NM Workers Compensation Administration.

Your rate of pay will be $194,597.23. As a Workers Compensation Judge, and pursuant to NMSA 1978, Section 52-5-2(C), you are subject to dismissal prior to the expiration of your term of appointment for violations of the Code of Judicial Conduct, except canon 21-900.

This is also your notification that effective immediately upon your reinstatement, you are placed on paid administrative leave pursuant to the recently filed State Personnel Board Complaint dated February 4, 2025. During this time that you are on paid administrative leave you are not to represent yourself to any person as a representative of the NM Workers Compensation Administration (NMWCA) or to perform any job duties on behalf of the NMWCA. You are not to gain access to any NMWCA computer, electronic mail account or office facility without my express permission. You are not to access the PeopleSoft-SHARE system. You are not to contact any member of the NMWCA staff, other than Cathy Farrell, while you are on paid administrative leave regarding matters related to your employment or the State Personnel Board investigation.

☐ I accept the reinstatement at the offered salary stated above:
_____

☑ I decline the position reinstatement offered to me at the WCA.
Date: 3/4/25    *Shanon D. Riley* (signature)

Sincerely,

*Heather Jordan* (signature)
Heather Jordan
Executive Director

State Capitol   •   Room 400   •   Santa Fe, New Mexico 87501   •   505-476-2200

**EXHIBIT 1**