IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
United States Magistrate Judge

**Minutes**

*Riley v. Jordan*

Civ. No. 25-44 KWR/KK

Wednesday, April 23, 2025, at 10:30 a.m.

**PLAINTIFF'S ATTORNEYS PRESENT**:   Jeffrey Vescovi

**DEFENDANT'S ATTORNEYS PRESENT**:   Blade Allen

**TYPE OF PROCEEDING**:   Telephonic Rule 16 Initial Scheduling Conference
Time – 8 minutes

**MINUTES**:

- The Court and counsel discussed the appropriate discovery track for this case. The Court will adopt the discovery track the parties proposed in their Joint Status Report and Provisional Discovery Plan ("JSR").

- The Court will set the following case management deadlines by separate order:

   a) Deadline for Plaintiff to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2):   June 14, 2025

   b) Deadline for Defendant to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2):   July 7, 2025

   c) Plaintiff's Rule 26(a)(2) expert disclosures:   August 18, 2025

   d) Defendant's Rule 26(a)(2) expert disclosures:   September 17, 2025

   e) Termination date for discovery:   October 17, 2025

   f) Motions relating to discovery to be filed by:   November 7, 2025

   g) Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by:   November 17, 2025

| | | |
|---|---|---|
| h) | Plaintiff's portions of proposed Pretrial Order due from Plaintiff to Defendant by: | February 17, 2026 |
| i) | Parties' consolidated proposed Pretrial Order due from Defendant to Court by: | March 3, 2026 |

- Supplementation under Rule 26(e) is due within twenty-one (21) days of learning of the need to supplement, until the close of discovery, after which supplementation is due as soon as possible but no later than seven (7) days after learning of the need to supplement.

- The Court will adopt the discovery limitations the parties proposed in their JSR.

- The Court and counsel discussed the scheduling of a settlement conference. Per the parties' request, the Court will set a status conference to discuss setting a settlement conference after the Court has ruled on the Motion for a Preliminary Injunction.

- The Court asked counsel if they have any concerns regarding the parties' initial disclosures. Neither party has concerns to address.

- The Court advised counsel to review the guidelines for proposed confidentiality orders (located on the Court's website under the "Procedures" link on Judge Khalsa's webpage) before submitting such orders to chambers.