IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANON S. RILEY,

    Plaintiff,

v.                                        No. 1:25-cv-00044-KWR-KK

HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,

    Defendant.

## **DEFENDANT'S NOTICE OF APPEAL**

    Defendant Heather Jordan, in her individual and official capacities, by and through her counsel of record, hereby gives notice of her appeal to the Tenth Circuit Court of Appeals of this Court's May 9, 2025, Amended Memorandum Opinion and Order Granting Plaintiff's Motion for Preliminary Injunction (Doc. 26).

                                                    Respectfully submitted,

                                                    SERPE | ANDREWS, PLLC

                                                    By */s/ Blade M. Allen*
                                                    Cody R. Rogers
                                                    Blade M. Allen
                                                    2540 El Paseo Road, Suite D
                                                    Las Cruces, NM 88001
                                                    Tel. (575) 288-1453
                                                    crogers@serpeandrews.com
                                                    ballen@serpeandrews.com
                                                    ***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2025, I filed the foregoing through this Court's CM/ECF e-filing system and caused a true and correct copy of the same to be served upon all parties of record as reflected more fully in the electronic Notification of Service.

Respectfully submitted,

*/s/ Blade M. Allen*
Blade M. Allen