

## State of New Mexico

Michelle Lujan Grisham
*Governor*

November 13, 2024

Shanon Riley
5305 Canada Vista Pl NW
Albuquerque, NM 87120

Dear Ms. Riley:

Upon your appointment, you were made aware that as a Governor Exempt employee, you were required to follow the Governor's Code of Conduct. On November 5, 2024, you entered two (2) hours of Voting leave for purposes of voting into your SHARE timesheet. According to the Secretary of State's Voting Records, you in fact did not vote.

Such conduct is a violation of the code of judicial conduct, which requires you to promote integrity and to "avoid impropriety and the appearance of impropriety."

As an at-will exempt employee, you acknowledged that you served at the pleasure of the Office of the Governor and your employment could be terminated at any time.

This letter is to inform you that effective immediately, your employment as a Worker's Compensation Judge for the Workers Compensation Administration is terminated.

Sincerely,

*Heather Jordan*
Heather Jordan
Executive Director

**EXHIBIT 1**