

**State of New Mexico**
**Workers' Compensation Administration**

**Michelle Lujan Grisham**
Governor

**Heather Jordan**
Director

June 3, 2025

Shanon Riley
5305 Canada Vista Pl NW
Albuquerque, NM 87120
shanonriley35@gmail.com

Via regular mail & email

Dear Ms. Riley:

This letter is to notify you that, effective May 9, 2025, you are reinstated to your position as a Workers' Compensation Judge with the NM Workers' Compensation Administration. This reinstatement is occurring pursuant to the order of Judge Riggs in *Riley v. Jordan*. Your rate of pay will be $94.546746/hour.

Payroll in furtherance of the reinstatement will begin Saturday, June 7, 2025. You may appear at the WCA Albuquerque office for work on June 9, 2025 at 8:00 a.m.

The WCA Human Resource Department advises that new hire paperwork needs to be completed for this reinstatement. Human Resources does not want to assume that all your employee information from your earlier period of employment remains correct. In addition, given you are considered a "Gov-X" employee, Jennifer Vigil in the Governor's office may additionally need paperwork or other information to effectuate the reinstatement. Your cooperation is appreciated as the WCA works through this novel situation.

If there are any questions regarding the reinstatement, please work through Cathy Farrell.

Very truly yours

Heather Jordan
NM WCA Director

Cc:   Elizabeth Harrison, Esq., via email
      Jeffrey D. Vescovi, Esq., via email
      Jessica M. Hernandez, Esq., via email
      Cody Rogers, Esq., via email
      Blade Allen, Esq., via email

2410 Centre Ave SE, Albuquerque, NM 87106
Mailing: PO Box 27198, Albuquerque, NM 87125

Phone: 505-841-6000
https://workerscomp.nm.gov/