IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Minutes**

Wednesday, June 11, 2025, at 1:30 p.m.

*Riley v. Jordan*

Civ. No. 25-0044 KWR/KK

**PLAINTIFF'S ATTORNEY PRESENT:**     Jeffrey Vescovi,
                                       Paul Kennedy

**DEFENDANT'S ATTORNEY PRESENT:**     Blade Allen

**TYPE OF PROCEEDING:** Telephonic Status Conference to Discuss Scheduling Settlement Conference

Time – 20 minutes

**MINUTES:**

- The Court held a Telephonic Status Conference to discuss scheduling a settlement conference in the above-referenced case.
- The Court and counsel are available and will reserve August 5, 6, 13 and September 17, 22, and 23, 2025. Counsel shall confer with their respective clients and by close of business June 12, 2025, notify the Court via email to Judge Khalsa's proposed text box of all available and any preferred dates among those being reserved. Mr. Allen shall also determine whether the settlement decision makers for the defense would be in a position to meaningfully engage in settlement negotiations without obtaining rulings on the pending motions in this Court and in the appeal to the Tenth Circuit, and so inform Judge Khalsa and opposing counsel in his June 12, 2025 email. If the defense requires rulings on any of these pending matters before engaging in a Rule 16 Settlement Conference, Mr. Allen shall also identify those matters in his email to Judge Khalsa and opposing counsel. In this event, the Court will not set a Rule 16 settlement conference, but will rather determine based on Mr. Allen's June 12, 2025 communication when to set another status conference to discuss setting a settlement conference.