IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHANON S. RILEY,**

      **Plaintiff,**

v.                                           No. 1:25-cv-00044-KWR-KK

**HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,**

      **Defendant.**

## NOTICE OF STIPULATED EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Plaintiff Shanon S. Riley, by and through her counsel of record, Kennedy, Hernandez & Harrison, P.C., respectfully notifies the Court that pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff and Defendant have agreed to a 7-day extension of the deadline for Plaintiff to file her response in opposition to Defendant's Motion for Summary Judgment. (Doc. 45), filed June 20, 2025. This stipulated extension pushes the deadline for the response from Monday, July 7, 2025 to Monday, July 14, 2025.

                                                      Respectfully submitted,

                                                      Kennedy, Hernandez & Harrison, P.C.

                                                      */s/ Jeffrey D. Vescovi*
                                                      Jessica M. Hernandez
                                                      Paul J. Kennedy
                                                      Elizabeth A. Harrison
                                                      Jeffrey D. Vescovi
                                                      201 Twelfth Street Northwest
                                                      Albuquerque, New Mexico 87102
                                                      (505) 842-8662

                                                      *Attorneys for Plaintiff*

I hereby certify that a true copy of the foregoing was served electronically on June 27, 2025, through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Jeffrey D. Vescovi*
Jeffrey D. Vescovi