IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHANON S. RILEY,**

      **Plaintiff,**

v.   No. 1:25-cv-00044-KWR-KK

**HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,**

      **Defendant.**

## NOTICE OF STIPULATED EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Shanon S. Riley, by and through her counsel of record, Kennedy, Hernandez & Harrison, P.C., respectfully notifies the Court that pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff and Defendant have agreed to a 7-day extension of the deadline for Plaintiff to file her reply in support of Plaintiff's Motion for Partial Summary Judgment as to Counts I and IV. (Doc. 36), filed June 2, 2025. This stipulated extension pushes the deadline for the reply from Monday, July 7, 2025, to Monday, July 14, 2025.

      Respectfully submitted,

      KENNEDY, HERNANDEZ & HARRISON, P.C.

      */s/ Jeffrey D. Vescovi*
      Jessica M. Hernandez
      Paul J. Kennedy
      Elizabeth A. Harrison
      Jeffrey D. Vescovi
      201 Twelfth Street Northwest
      Albuquerque, New Mexico 87102
      (505) 842-8662

      *Attorneys for Plaintiff*

I hereby certify that a true copy of the foregoing was served electronically on July 2, 2025, through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Jeffrey D. Vescovi*
Jeffrey D. Vescovi