IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SHANON S. RILEY,**

       **Plaintiff,**

v.                          No. 1:25-cv-00044-KWR-KK

**HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,**

       **Defendant.**

## CERTIFICATE OF SERVICE

Plaintiff Shanon S. Riley, by and through her counsel of record, Kennedy, Hernandez & Harrison, P.C., hereby certifies that on September 17, 2025, Plaintiff served Plaintiff's First Requests for Admission, Interrogatories, and Requests for Production of Documents to Defendant Jordan and a copy of this Certificate of Service by email to Defendant Heather Jordan's counsel of record, Cody R. Rogers (crogers@serpeandrews.com) and Blade M. Allen (ballen@serpeandrews.com) of Serpe Andrews, PLLC.

      Respectfully submitted,

      KENNEDY, HERNANDEZ & HARRISON, P.C.

      */s/ Jeffrey D. Vescovi*
      Jessica M. Hernandez
      Paul J. Kennedy
      Jeffrey D. Vescovi
      201 Twelfth Street Northwest
      Albuquerque, New Mexico 87102
      (505) 842-8662
      jhernandez@kennedyhernandez.com
      pkennedy@kennedyhernandez.com
      jvescovi@kennedyhernandez.com

      *Attorneys for Plaintiff Shanon S. Riley*