# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**SHANON S. RILEY,**

        **Plaintiff,**

**v.**                                **No. 1:25-cv-00044-KWR-KK**

**HEATHER JORDAN, in her individual
and official capacities as the Director
of the New Mexico Workers'
Compensation Administration,**

        **Defendant.**

## JOINT MOTION TO AMEND CASE MANAGEMENT DEADLINES

Plaintiff Shanon S. Riley and Defendant Heather Jordan, by and through their respective

counsel of record, Kennedy, Hernandez & Harrison, P.C. and Serpe Andrews, PLLC, respectfully

move the Court to amend the current case management deadlines. Specifically, the parties request

that the Court extend: (1) the termination date for discovery from October 17 to November 28; (2)

the deadline for motions relating to discovery from November 7 to December 19; and (3) the

deadline for pretrial motions from November 17 to January 2, 2026.

## ARGUMENT

Under Federal Rule of Civil Procedure 16(b)(4), the schedule may be modified for good

cause with the court's consent. To demonstrate good cause, the moving party must "show that it

has been diligent in attempting to meet the deadlines, which means it must provide an adequate

explanation for any delay." *Strope v. Collins*, 315 F. App'x 57, 61 (10th Cir. 2009) (citation

omitted). However, the Court of Appeals has clarified that "rigid adherence to pretrial conference

agreements should not be exacted, especially where . . . relaxing of such agreement will not cause

prejudice to the other party." *Smith Contracting, Corp. v. Trojan Const. Co.*, 192 F.2d 234, 236

(10th Cir. 1951); *see also SIL-FLO, Inc. v. SFHC, Inc.*, 917 F.2d 1507, 1519 (10th Cir. 1990) ("[R]igid adherence to the pretrial scheduling order is not advisable . . . .").

Here, given that the parties have filed this motion jointly, there is no prejudice to either party in extending the current discovery deadlines. Rather, the extension serves to benefit both parties in the resolution of their claims. For instance, Defendant's responses to Plaintiff's first set of discovery requests are due October 17, but Defendant has asked Plaintiff for an extension (which Plaintiff is willing to grant). Both parties also wish to conduct one or more depositions, which will not be feasible with the current deadline of October 17.

What's more, given that the parties intend to move only three deadlines, as outlined above, an extension will not interfere with the Court's deadlines for the Pretrial Order (February 17 and March 3, 2026) or any other future case management deadlines.

As for good cause, the parties have been pre-occupied with litigating their cross-motions for summary judgment, briefing the pending appeal before the Tenth Circuit, and attempting to resolve this dispute through mediation. Although the parties were initially confident that a settlement could be reached to resolve this litigation, the probability of settlement has diminished for the time being. As a result, both parties are faced with the possibility of continuing litigation in either the Court of Appeals, based on its ruling regarding this Court's preliminary injunction, or from this Court, based on its ruling on the cross-motions for summary judgment.

Throughout this litigation, the parties have relied on a limited factual record for this primarily legal dispute. Both parties remain confident that the limited factual record is sufficient for the Court to grant judgment in their favor. However, due to the current state of settlement prospects, the parties wish to conduct depositions of relevant witnesses and complete discovery to develop the factual record, in the event that litigation continues to move forward.

## CONCLUSION

WHEREFORE, for the reasons explained above, the parties respectfully request that the Court grant their Joint Motion to Amend Case Management Deadlines.

Respectfully submitted by,

KENNEDY, HERNANDEZ & HARRISON, P.C.

*/s/ Jeffrey D. Vescovi*
Jessica M. Hernandez
Paul J. Kennedy
Elizabeth A. Harrison
Jeffrey D. Vescovi
201 Twelfth Street Northwest
Albuquerque, NM 87102
(505) 842-8662

*Attorneys for Plaintiff Shanon S. Riley*

-and-

SERPE | ANDREWS, PLLC

*/s/ Approved electronically on 10/15/2025*
Cody R. Rogers
Blade M. Allen
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453

*Attorneys for Defendant Heather Jordan*