IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANON S. RILEY

        Plaintiff,

v.                                              No. 1:25-cv-00044-KWR-KK

HEATHER JORDAN, in her individual
and official capacities as the Director
of New Mexico Workers' Compensation
Administration,

        Defendant.

## NOTICE TO TAKE ORAL, AUDIO, & VIDEOTAPED DEPOSITION OF PLAINTIFF SHANON S. RILEY

To:    Shanon S. Riley
        c/o Jeff Vescovi
        Kennedy, Hernandez & Harrison, P.C.
        201 Twelfth Street NW
        Albuquerque, NM 87102
        (505) 842-8662

        Pursuant to NMRA 2025, Rules 1-026 and 1-030 of the New Mexico Rules of Civil Procedure, you are hereby given notice that the undersigned will take the deposition of **Shanon S. Riley** upon oral, audio, and video examination. The deposition will be conducted before a certified court reporter at 201 3rd St NW #1600, Albuquerque, NM 87102 beginning at **9:00 a.m. MST on November 20, 2025.**

        YOU ARE FURTHER NOTIFIED that this deposition may be videotaped and may be used at trial pursuant to the New Mexico Rules of Civil Procedure or by stipulation of the parties.

                                                Respectfully submitted,

                                                **SERPE | ANDREWS, PLLC**

                                                */s/Blade M. Allen*

        Blade M. Allen
        Cody R. Rogers
        Serpe | Andrews, PLLC
        2540 El Paseo Road, Suite D
        Las Cruces, New Mexico 88001
        Tel. (575) 288-1453
        crogers@serpeandrews.com
        ballen@serpeandrews.com
        **ATTORNEYS FOR DEFENDANT**

I HEREBY CERTIFY that on November 7, 2025, I filed the foregoing instrument electronically through the Court's Electronic Filing system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**Electronically Submitted** */s/Blade M. Allen*
Blade M. Allen