**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SHANON S. RILEY,

     Plaintiff,

v.                                                                                   Civ. No. 25-044 KWR/KK

HEATHER JORDAN,

     Defendants.

**ORDER SETTING STATUS CONFERENCE TO DISCUSS SETTING SETTLEMENT**
**CONFERENCE**

     It is hereby ORDERED that a telephonic status conference to discuss setting a Rule 16

Settlement Conference is set for **Tuesday, January 13, 2026, at 3:00 p.m.** Counsel are to call

Judge Khalsa's WebEx conference line at (855) 244-8681 and enter the code 2308 107 9716 to

connect to the proceedings.

     IT IS SO ORDERED.


_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE